AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>DARNELL KEITH JONES<br><br>*Defendant(s)* | Case No.  4:23-MJ-587 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2022 to January 2023__ in the county of __Wapello__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a), (b)(1), (b)(2) | Sex Trafficking of a child and by force, fraud, or coercion (July 2022 to January 2023) |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a minor (November 2022 to January 2023) |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Aaron McConnell, Deputy Sheriff, Wapello County
*Printed name and title*

Date:  8/23/23

*Judge's signature*

City and state:  Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
1:04 pm, Aug 23 2023