IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| **AFFIDAVIT IN SUPPORT OF** ) | Case No.     4:23-mj-587 |
| **APPLICATION FOR** ) | |
| **CRIMINAL COMPLAINT** ) | |
| ) | **[FILED UNDER SEAL]** |
| ) | |

## INTRODUCTION AND AGENT BACKGROUND

I, Aaron McConnell, having been duly sworn, do depose and state as follows:

1.      I have been employed with the Wapello County Sheriff's Office as a Deputy Sheriff since December of 2013. Prior to being a Deputy Sheriff, I was employed from November 2011 until December 2013 as a Police Officer for the Albia Police Department in Albia, Monroe County, Iowa. I am a graduate of the 243rd Basic Iowa Law Enforcement Academy Class. During my career in law enforcement, I have served as a patrol officer, and I am currently assigned to the Investigations Division of the Wapello County Sheriff's Office. During the course of my law enforcement career, I have conducted a wide range of investigations. I have written and executed numerous search warrants, which have resulted in the seizure of illegal drugs, United States currency, and other stolen items. I have been involved in multiple investigations involving robberies, thefts, drug investigations, property crimes, sexual abuses, child pornography, and various other offenses. I have attended multiple trainings and received further education in multiple areas, with a recent focus on human trafficking related crimes. I was a patrol officer for approximately 6 years and have been assigned to my current position for 4 years.



FILED
By: Clerk's Office, Southern District of Iowa
 1:03 pm, Aug 23 2023

2.     The facts in this affidavit come from my personal observations and investigation, my training and experience, and information obtained from other law enforcement officers and witnesses, including specifically other individuals engaged in this investigation from the Ottumwa Police Department and Wapello County Sheriff's Office.

3.     Because the information in this affidavit is provided for the limited purpose of establishing probable cause that Darnell Keith JONES (DOB XX/XX/1992) committed the below-described offenses, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

4.     Based on the facts set forth in this affidavit, there is probable cause to believe that Darnell Keith JONES, (a) from a date unknown, but no later than July 2022, and continuing to in or about January 2023, committed violations, or attempted violations, of 18 U.S.C. § 1591(a), (b)(1), and (b)(2) (Sex Trafficking by Force, Fraud, or Coercion, and Sex Trafficking of a Child), and (b) from a date unknown, but no later than in or about November 2022, and continuing to in or about January 2023, committed violations, or attempted violations, of 18 U.S.C. § 2422(b)

(Coercion and Enticement). Those violations involved Minor Victim #1 (DOB 02/XX/2005).

## PROBABLE CAUSE

5.    **Defendant:** The defendant in this investigation is Darnell Keith JONES (DOB XX/XX/1992).

6.    **Venue:** The facts and circumstances alleged in this affidavit occurred within the Southern District of Iowa, namely, among other locations, in and around Des Moines and Ottumwa, Iowa.

7.    **Identifiable Victim:** The suspected, identifiable victim of the offenses discussed herein is a female, Minor Victim #1 (DOB 02/XX/2005). To preserve the victim's privacy, Minor Victim #1's name is not used in this affidavit, but her identity is known to your affiant.

8.    **Criminal Conduct:** In summer 2023, Minor Victim #1 has provided detailed information to me and other investigators concerning her interactions with JONES. The following paragraphs are a broad overview of the information provided by Minor Victim #1.

9.    Minor Victim #1 met JONES in or about February 2022, around the time she turned 17 years old. Minor Victim #1's contact with JONES continued until approximately spring 2023.

10.   Minor Victim #1 reported she first met JONES at a gas station in or near Ottumwa where she was working. During their first meeting, JONES told Minor Victim #1 that he was a "pimp," and he seemed to be engaging with her as if

3

he wanted to set up a business deal and the two of them could be business partners.

Minor Victim #1 gave JONES her Facebook information.

11.     After that first encounter, Minor Victim #1 reported that JONES contacted her over Facebook and the two of them started hanging out together. During that time, JONES told Minor Victim #1 that they could make money together, that she could have sex with people for money, that the two of them would travel together, and that he would take care of her. Minor Victim #1 explained that she wanted to have a boyfriend/girlfriend relationship with JONES, and she made it clear to JONES she did not want to "prostitute [her]self."

12.     Minor Victim #1 stated that after she had hung out with JONES approximately 3 or 4 times, M.B.[1] showed up unannounced at Minor Victim #1's apartment and pounded on the door. JONES told Minor Victim #1 that M.B. was his "crazy ex" who wouldn't leave JONES alone and was stalking him. After the incident with M.B., Minor Victim #1 stopped hanging out with JONES.

13.     Minor Victim # 1 stated that around July 2022, she and JONES started talking again, and JONES immediately brought up Minor Victim #1 having sex with men in exchange for money. JONES showed Minor Victim #1 images of pimping books on his phone and pointed out tips on how to seduce men. JONES explained that the "cops" had taken most of his books. Minor Victim #1 stated that JONES told her "anybody, like, could be, like, a trick," and that a "trick" is "someone who wants

---

[1] To preserve M.B.'s privacy, M.B.'s initials are used throughout this affidavit. Although M.B.'s name is not used in this affidavit, her identity is known to your affiant.

pussy." JONES would also message other girls on his phone and try to get them to "prostitute" for him. Minor Victim #1 stated she observed some of these messages on JONES's Snapchat on his phone. Minor Victim #1 stated JONES's mindset was "pimping" and that he would read non-fiction stories about "pimps."

14.     Minor Victim #1 explained that JONES made her walk "the track" in Ottumwa, Iowa and Des Moines, Iowa. Minor Victim #1 explained that JONES would access her cellular device and set-up "tricks" without her knowledge. Minor Victim #1 explained after JONES had her walk "the track" and after JONES arranged "tricks," she would engage in commercial sex acts for money.

15.     Minor Victim #1 further explained that JONES would frequently take the money she received for the commercial sex acts. Minor Victim #1 stated that she had completed over 50 commercial sex acts during the time she was associated with JONES (approximately July 2022 to spring 2023).

16.     Minor Victim #1 reported that JONES often compared Minor Victim #1 to M.B., telling Minor Victim #1 that M.B. was better than Minor Victim #1 at earning money from performing commercial sex acts. JONES also proposed to Minor Victim #1 that she and M.B. work together, and they could all be one "team."

17.     Minor Victim #1 testified that JONES was aware she was a minor during the bulk of the time they interacted based on statements she, her mother, and M.B. made to JONES.

18.     Minor Victim #1 reported that from approximately July 2022 to spring 2023, JONES was frequently physically abusive toward her, physically

assaulting her five days out of the week. Minor Victim #1 described numerous acts of physical violence JONES perpetrated against her. Among other things, on at least one occasion, JONES: threatened Minor Victim #1 with a knife; kicked Minor Victim #1 about her head and body; strangled Minor Victim #1 with his hands; placed Minor Victim #1 in a rear chokehold (on at least two occasions, which on at least one occasion, resulted in Minor Victim #1 losing consciousness and control of her bladder); caused a fracture to Minor Victim #1's rib; and threw an unopened beverage can at Minor Victim #1 as she rode with JONES in a moving vehicle he was driving.

19.     From July 28, 2022, until June 7, 2023, law enforcement in Polk and Wapello Counties received a total of approximately twenty calls/reports from Minor Victim #1 or eyewitnesses regarding incidents of violence or violation(s) of a no-contact order by JONES. Upon responding to some of these calls/reports, law enforcement observed visible injuries to Minor Victim #1.

20.     On February 12, 2023, law enforcement seized a cellphone used by JONES. On February 16, 2023, a valid state search warrant was issued authorizing the search of JONES's phone for narcotics-related evidence; subsequently, an extraction of the data on that phone was performed. I, and other investigators, later learned that the extraction report remained in the custody of law enforcement. Investigator Jeremy Tosh of the Ottumwa Police Department applied for a warrant to seize and search the extraction report, and a valid state search warrant was issued on July 5, 2023. The warrant authorized investigators to examine the extraction

6

4:23-mj-587

report for any evidence related to violations of Iowa Code Chapter 725 (Vice) and Iowa Code § 710A.2 (Human Trafficking). The cellular telephone number attached to the device seized from JONES on February 12, 2023, was XXX-XXX-3646.[2]

21.    I and other investigators also reviewed a phone seized from Minor Victim #1 on February 12, 2023. On that phone, from November 26, 2022, to February 12, 2023, there are over 10,000 messages between Minor Victim #1's phone and the phone number ending -3646—JONES's number. Those messages included, among other things, the following notable exchanges:

<u>November 26, 2022</u>

| | |
|---|---|
| MV1: | Hello |
| JONES: | Wsp |
| MV1: | Nig |
| MV1: | I'm tryna be your hoe and make u rich off this pussy |
| JONES: | [100 emoji] |
| MV1: | Just I don't want other bitches to be doing it |
| JONES: | I fuck with that |
| MV1: | Cause i should make u enough |
| MV1: | Myself |
| JONES: | That comes with the life and makes your job easier |
| MV1: | U kno I can't do it |
| JONES: | So in a actuality you should want more girl bc hoing ain't easy |
| JONES: | You can just testing this pimping |
| MV1: | I have to much trust and insecurity issues |
| MV1: | And jealousy issues |
| JONES: | You'll get over them |
| MV1: | Cause I feel the next bitch getting treated better |
| JONES: | Once you become secure with yourself and who and what you are |
| MV1: | And have a ni[***] that's down |

---

[2] The complete phone number is known to me, but to preserve the privacy of those involved, it is omitted for purposes of this publicly filed affidavit.

7

| JONES: | Once you start to believe, trust, love, become more confident and comfortable in your skin |
|---|---|
| JONES: | It's all in your head |
| MV1: | Cuz you |
| JONES: | You barely get anything from me wtf makes you think the next bitch get anymore |

November 28, 2022

| MV1: | I got court tomorrow then next day I got court I'm des moines |
|---|---|
| JONES: | Ok |
| JONES: | For the no contact or your stuff |
| MV1: | No contact |
| JONES: | Good |
| JONES: | I hope they remove them |
| JONES: | Have you bene putting ice on your eye |
| MV1: | Ik I've been watching videos |
| MV1: | Naw |
| JONES: | Of what |
| MV1: | How to get them to drop a no contact order |
| MV1: | Lawyers giving advice |
| JONES: | Just watch your words think before you speak and make sure you understand what's being said to you |
| JONES: | But main all you have to do is assure them your not being force to get it removed, your not fearful of your safety, and that you feel safe in my presence |

November 30, 2022

| JONES: | Only thing I wanna see is a bankroll and a loyal Hoe paying and honoring this pimp to deaf |
|---|---|
| MV1: | I wanna do that but I just don't want you treat me like other bitches or treat them better than me |
| MV1: | Cause they not gonna be here like me |
| MV1: | Or hold it down like I will for you |
| JONES: | Well seek a bf cause I don't need no bitch who can't separate here feelings for the sole purpose of this pimping |
| JONES: | And clearly you won't and can't either judging by yo statement |
| MV1: | I want to be just treat me how u want treated |

8

| JONES: | You just square and need a bf who gone put up with yo square shit |
|---|---|
| MV1: | No |
| MV1: | I wanna be here with you tho |
| JONES: | I'm done I'm getting a headache from all this square shit |
| MV1: | Not even tryna be a headache |
| MV1: | I wanna be your peace |
| MV1: | But I can't even do that for you |
| JONES: | Then do it by stand up to this pimping and being the Hoe I need |
| JONES: | If not just leave me alone you've done enough damage |
| JONES: | And I'm done waste time where it's not being reciprocated or paying off |
| JONES: | You owe me so much for all the drama and my freedom |
| JONES: | But a bitch don't understand that or care about that |
| MV1: | Ik |
| MV1: | I do |
| JONES: | But a bitch can whine and cry about square ass emotions that brought this pimping down to begin with |
| MV1: | You don't know |
| MV1: | I am trying to be more accountable |
| JONES: | Like I care to hear that square shit when a mf steady fucking up my life day by day |

November 30, 2022

| MV1: | It's how u make me feel |
|---|---|
| JONES: | Then why you don't pay this ism then if you love and feel so good about being with me |
| JONES: | Bc yo insecurities and low self esteem and jealous thoughts |
| MV1: | No |
| MV1: | N u don't help them when u call every bitch sexy except me |
| MV1: | You want to be loyal but you not and you're not even the one that's paying me or making me feel better about myself or not loving me !? |
| MV1: | U want me to go above and beyond other bitches but treat them better than me |
| JONES: | You ain't giving me reason to or showing why I should go above for a bitch who only brings me drama and stress |
| MV1: | Okay love |
| JONES: | And stop talking to me about other bitch cause it's my job |

| | |
|---|---|
| MV1: | [sends a video depicting Minor Victim #1 smoking] |
| MV1: | But it's not your job to care about them more |
| JONES: | You don't see me crying to you about how you love and treat these ni[***]s you put above and before ne and show respect and appreciation to |
| MV1: | I fucking don't |
| JONES: | How can I care about a bitch who not paying me or have me |
| JONES: | You sound stupid and giving me another headache with all this square shit |

November 30, 2022

| | |
|---|---|
| JONES: | You to undecided about whether you staying or going |
| JONES: | I need a bitch who down to stay and pay regardless of how she feels |
| JONES: | That's the whole meaning of staying down and holding down |

December 1, 2022

| | |
|---|---|
| JONES: | You the one choosing up and leaving me |
| MV1: | Nobody choosing up |
| MV1: | I'm just sad n hurt |
| JONES: | You said you giving up |
| JONES: | Bc you keep denying the fact I'm a pimp that can and will turn goes out to this ism |
| JONES: | Accept it and respect it especially if you aim to be my #1 |

December 1, 2022

| | |
|---|---|
| MV1: | Gn homie |
| MV1: | Idk what pics |
| JONES: | Ily hoe stay down so a pimp can come up |
| JONES: | All the sexy one Hoe for a pimp eyes only |
| MV1: | I have none |
| JONES: | You have plenty |
| JONES: | You take them everyday |
| JONES: | Nbs I hope you overcome your insecurities, doubt and fears to be able to stay down to ensure a pimp come up |
| MV1: | I'm not scared |
| JONES: | I don't wanna have to lose you and take my pimp far without you |

| | |
|---|---|
| JONES: | Frfr ily and want you so bad but do not need all this toxic narcissist shit you keeping in my life |
| JONES: | Kat and I hope you understand that |
| JONES: | And can't tight up and boss up with a pimp frfr |
| MV1: | K |
| JONES: | We been through to much to let it all go to waste |
| MV1: | U always wanna call me insecure but never asked why |
| JONES: | Just be the hoe I need and you'll always have the man you need who love, support, appreciate and will forever be affection and affirming with you to help you secure your confidence and stay strong beside me |
| JONES: | Iky |
| MV1: | No u don't |
| MV1: | U think u do but you don't |
| JONES: | You feel unloved, unwanted, unappreciated, and think no one loves you enough to stay down for you |
| JONES: | Ik my bitch and pay attention even when you don't notice |
| JONES: | A pimp don't miss shit bitch yk this hoe |

December 2, 2022

| | |
|---|---|
| JONES: | I just wish you understood and truly accepted me for me and respect my vision |
| MV1: | I do |
| MV1: | U do what u want |
| JONES: | All my life it's been the same cycle I'm just tryna change that and build financial freedom and break generational curse |
| JONES: | To be the big and best pimp I can be as well as entrepreneur and own my own strip club, sex brothel, webcam business and real estate firm |

December 3, 2022

| | |
|---|---|
| JONES: | You not about my paper or this pimping so wtf I need you in my life for slut |
| MV1: | You'll realize one day |
| JONES: | I can do better then you and without you Ik |
| MV1: | Ok |
| MV1: | I'm glad u can see that |
| MV1: | Pimping not gonna work out for you |
| MV1: | I'm sorry but it's not |

JONES:      Too bad I got a hoe and Kansas tryna get here to pay me
JONES:      And one in kirksville ready to

December 26, 2022
JONES:      But it's pointless loving you when you refusing to love me
JONES:      And only want dick from me
JONES:      Keep doubting simply why we can't build
MV1:        That's fine
JONES:      Cause you can't believe with a bitch who don't believe
MV1:        Yhup
JONES:      You fail to realize everything start with you
JONES:      Have we gone have anything or be happy if all you want do
            is go against everything I'm tryna build with yo childish
            ass
JONES:      I say you don't care bc, you don't help me attempt to make
            our life better
JONES:      You don't attempt to listen to me, follow my leadership, or
            trust my words nor judgment which is why we don't have
            anything
JONES:      And only show each other broken love, hatred, regret and
            resentment
MV1:        Yhup
MV1:        Bet
JONES:      But I can't teach you how to love me, show you how to love
            me, or teach you how to keep me happy cause all uou care
            about is yourself
JONES:      Ain't no need to be in yo feelings just fight to be a better
            bitch for a pimp
JONES:      All the shit you put me through
JONES:      Yea I be wrong putting my hands on you cause I'm all
            reality you'll never belong to me and just doing what you
            do best
JONES:      I don't even know why I care or be in my feelings about you
            not loving me or being the bitch I need when you don't care
            to be
MV1:        Ok Darnell

January 4, 2023
JONES:      Hey
JONES:      Just know I hate yo slut ass bitch

12

| JONES: | You a snake bitch |
| JONES: | Have fun you ffs |
| JONES: | You gone feel it |
| JONES: | No you don't |
| JONES: | Not even serious about me or fucking here for me |
| MV1: | I am |
| MV1: | Cops here |
| JONES: | Deleted everything |
| JONES: | From your phone |
| JONES: | Lmk what they say |

22.     In the last text exchange above, JONES referred to Minor Victim #1 as "ffs." Minor Victim #1 stated that JONES often referred to her as a "free-fucking slut." Minor Victim #1 explained that, to JONES, a "free-fucking slut" was someone who had sex with other people without getting money in exchange.

## CONCLUSION

23.     Based the foregoing, and based on my knowledge, training, and experience, I submit that there is probable cause to believe that Darnell Keith JONES has committed violations, or attempted violations, of 18 U.S.C. § 1591(a), (b)(1), and (b)(2) (Sex Trafficking by Force, Fraud, or Coercion, and Sex Trafficking of a Child), and 18 U.S.C. § 2422(b) (Coercion and Enticement). Accordingly, I request that this Court issue the applied-for criminal complaint.

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

8/23/23
_____
Date

C—11 90-59
_____
Aaron McConnell
Deputy Sheriff
Wapello County Sheriff's Office

This application and affidavit were presented to me by Assistant United States Attorney Kyle J. Essley.

Subscribed and sworn to before me on August 23, 2023.

_____
Honorable Helen C. Adams
Chief United States Magistrate Judge