FILED
OCT 1 8 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-126 |
| v. | SUPERSEDING INDICTMENT |
| DARNELL KEITH JONES, | T. 18 U.S.C. § 1591(a)(1) |
| | T. 18 U.S.C. § 1591(b)(1) |
| | T. 18 U.S.C. § 1591(b)(2) |
| Defendant. | T. 18 U.S.C. § 1594(a) |
| | T. 18 U.S.C. § 1952(a)(3)(A) |
| | T. 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about July 2022, and continuing through in or about March 2023, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, attempted to and did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, Minor Victim #1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means, would be used to cause Minor Victim #1 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1594(a).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Sex Trafficking of a Child)

From in or about July 2022, and continuing through on or about January 31, 2023, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, attempted to and did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, Minor Victim #1, knowing and in reckless disregard of the fact, and having a reasonable opportunity to observe, that Minor Victim #1 had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1594(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Enticement and Attempted Enticement of a Minor)

From a date unknown but by no later than in or about November 2022, to in or about January 2023, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, using any facility and means of interstate and foreign commerce, namely text-message communications, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim #1, a person who had not attained the age of 18 years and who he believed to have not attained the age of 18 years, to engage in prostitution.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Enticement and Attempted Enticement of a Minor)

From on or about June 5, 2023, to on or about June 8, 2023, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, using any facility and means of interstate and foreign commerce, namely text-message communications, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim #2, a person who had not attained the age of 18 years and who he believed to have not attained the age of 18 years, to engage in prostitution and to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual abuse in the third degree, in violation of Iowa Code § 709.4 (2022).

This is a violation of Title 18, United States Code, Section 2422(b).

## THE GRAND JURY FURTHER CHARGES:

## COUNT 5
### (Sex Trafficking by Force, Fraud, and Coercion)

From a date unknown, but by no later than in or about June 2018, and continuing to a date unknown, but until at least November 2019, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, attempted to and did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, Victim #1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means, would be used to cause Victim #1 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1594(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
(Travel Act – Facilitate Prostitution)

From a date unknown, but by no later than in or about June 2018, and continuing to a date unknown, but until at least November 2019, in the Southern District of Iowa, the defendant, DARNELL KEITH JONES, did knowingly use a facility of interstate and foreign commerce, namely a cellular telephone and the Internet, with the intent to promote, manage, establish, and carry on an unlawful activity, that is, a prostitution offense, and thereafter performed an act to promote, manage, establish and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

This is a violation of Title 18, United States Code, Section 1952(a)(3)(A).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _Kyle J. Essley_ (signature)
Kyle J. Essley
Laura M. Roan
Assistant United States Attorneys

5